IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL WILLIAM FLAHERTY, | ) | Case No. CV 11-00173 ACK BMK |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT OF THE UNITED STATES, | ) | |
| BARACK HUSSEIN OBAMA II, UNITED | ) | |
| STATES SECRETARY OF THE | ) | |
| TREASURY, TIMOTHY FRANZ | ) | |
| GEITHNER, SECRETARY OF THE | ) | |
| TREASURY (PERSON UNKNOWN AND | ) | |
| OF FOREIGN JURISDICTION), | ) | |
| ATTORNEY GENERAL OF THE UNITED | ) | |
| STATES, ERIC HIMPTON HOLDER, | ) | |
| JR., STATE OF HAWAII DEPARTMENT | ) | |
| OF TAXATION, FORMER STATE OF | ) | |
| HAWAII ATTORNEY GENERAL MARK | ) | |
| BENNET, UNITED STATES OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER OF DISMISSAL

Based on the Stipulation for Dismissal filed by the parties, it is hereby ORDERED that this action be dismissed with prejudice, that the parties bear their respective costs, including any possible attorneys' fees or other expenses of litigation, and the hearing currently set for September 19, 2011 at 9:00 a.m. on the pending motions to dismiss be stricken.

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawai'i, September 2, 2011.



_____
Alan C. Kay
Sr. United States District Judge


Flaherty v. Obama, et al., Civ. No. 11-00173 ACK-BMK, Order of
Dismissal.